# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0498
L.T. Case No. 2020-CF-2460

_____

HERIBERTO CRUZ-VARGAS,

    Appellant,

    v.

CLERK of the CIRCUIT COURT,
SEMINOLE COUNTY, FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Heriberto Cruz-Vargas, Crawfordville, pro se.

No Appearance for Appellee.

August 20, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____